# NOTICE OF APPEARANCE

Index No.: 07Cr. 308

Please take notice, that the Defendant, JOSE ADRIAN hereby appears in the above entitled action, and that the undersigned has been assigned by way of CJA as attorney and demands that a copy of the all further papers in the above entitled action be served upon said attorney at his office located at 286 Madison Avenue Suite 2002 New York, NY 10017

Dated New York, NY
April 11, 2008

Yours, etc.

Enduin & Russell, LLP
286 Madison Avenue Suite 2002
New York, New York 10017
212-683-3995